CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Jay Price, II, Esq., SBN 279082
Prathima Reddy Price, Esq., SBN 321378
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Telephone: (858) 375-7385
Facsimile: (888) 422-5191 fax
prathimap@potterhandy.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>         Plaintiff,<br><br>v.<br><br>**Bradley A. Clore,** in individual and representative capacity as Trustee of The Clore Family Trust, E. D.T. ("Under Declaration of Trust"), dated September 27, 2006;<br>**Yamileth A. Clore**, in individual and representative capacity as Trustee of The Clore Family Trust, E.D.T. ("Under Declaration of Trust"), dated September 27, 2006;<br>Compleat Baldwin Brass Center of California, a California Corporation<br><br>         Defendants. | Case No.  4:21-cv-06731-SBA<br><br>**Order Granting Joint Stipulation To Extend Filing of Notice for Need for Mediation Deadline**<br><br>HON. SAUNDRA BROWN ARMSTRONG |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1  Pursuant to the Parties' Joint Stipulation to Extend Filing of Notice of Need
2  for Mediation Deadline, the Court hereby extends the deadline for the notice of
3  need for mediation from February 21, 2022 to March 23, 2022.

   IT IS SO ORDERED.

   Dated: 3/1/2022          *Saundra B. Armstrong* RS
                            RICHARD SEEBORG FOR SAUNDRA B. ARMSTRONG
                            UNITED STATES DISTRICT JUDGE